UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                               :

BLANCA F. HENRIQUEZ,                   :

                       Plaintiff,        :            26-CV-4569 (JMF)

          -v-                      :        ORDER WITHDRAWING
                                               :          REFERENCE TO
QUALITY PERFORMANCE MAINTENANCE &amp;    :      MAGISTRATE JUDGE
CLEANING LLC et al.,                   :

                                           :

                       Defendants.      :

                                           :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On June 2, 2026, the Court referred this case to Magistrate Judge Gary Stein for settlement purposes.  *See* ECF No. 6.  In light of the parties' June 29, 2026 letter, *see* ECF No. 10, it is hereby ORDERED that the reference is WITHDRAWN.  By separate Order entered today, the Court will refer this case to the Court-annexed Mediation Program consistent with the parties' request.

      SO ORDERED.

Dated: July 1, 2026
       New York, New York                            JESSE M. FURMAN
                                          United States District Judge