ROMERO
LAW GROUP PLLC
LABOR AND EMPLOYMENT LITIGATION

Peter A. Romero, Esq.
David D. Barnhorn, Esq.

Matthew J. Farnworth, Esq.

November 13, 2026

**Via ECF**
Hon. Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Henriquez v. Quality Performance Maintenance & Cleaning LLC, et al.*
Docket No. 26-cv-04569-JMF

Dear Judge Furman:

This firm represents Plaintiff Blanca F. Henriquez in this matter against Defendants Quality Performance Maintenance & Cleaning LLC d/b/a Quality Performance Maintenance & Cleaning, External Cleaning Solutions LLC d/b/a Quality Performance Maintenance & Cleaning and Francis Mota a/k/a Frank Mota (collectively as "Defendants") for alleged violations of the Fair Labor Standards Act, New York Labor Law and New York common law. The Court entered an order directing that a motion for approval of the parties' settlement, pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), with respect to Plaintiff's FLSA claims, be filed by November 16, 2026. The parties are engaged in negotiations regarding the terms of their formal settlement agreement and anticipate completing those negotiations in the coming weeks. Thereafter, the parties will need to execute their formal settlement agreement and prepare their motion for approval of the FLSA settlement. Accordingly, Plaintiff jointly requests, on behalf of all parties, that her deadline to file a motion for approval be extended by thirty days until December 16, 2026. This is the parties' first request for an extension of this deadline.

Plaintiffs thank the Court for its consideration of this request.

Respectfully submitted,

/S/ David D. Barnhorn, Esq.
DAVID D. BARNHORN, ESQ.

C: All Counsel of Record

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 18.

SO ORDERED.

November 16, 2026